IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00502-RPM

KS INDUSTRIES, LP, a California Limited Partnership,

    Plaintiff,

v.

LEPRINO FOODS COMPANY, a Colorado Corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on the parties' Stipulated Joint Motion for Dismissal With Prejudice of Claims and Counterclaims, and the Court having reviewed the same and being fully advised in the premises, it is hereby

**ORDERED** that this matter is dismissed with prejudice, each party to pay its own costs, expenses, and attorneys' fees.

**DATED** this 8th day of June, 2006.

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge